UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. MURRAY,

                Plaintiff,

        -against-

CITY OF NEW YORK et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/19/2026

23-CV-00458 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On November 25, 2025, the Court issued an Order requiring Plaintiff to show cause by December 22, 2025 why his *in forma pauperis* ("IFP") status should not be revoked. *See* Dkt. No. 29. The Order informed Plaintiff that he may submit a declaration showing that (i) he has not filed three or more cases that were dismissed as frivolous, malicious, or for failure to state a claim while he was a prisoner, or (ii) that he is in imminent danger of serious physical injury. The deadline for Plaintiff to respond to the November 25, 2025 Order and make such a submission elapsed and Plaintiff did not submit a response. Accordingly, for the reasons set forth in the Court's November 25, 2025 Order, Plaintiff's IFP status is revoked. Plaintiff is therefore ORDERED to pay the filing fee of $405 by no later than **April 2, 2026**. If he fails to do so, this action shall be dismissed without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following addresses:

Manhattan Psychiatric Center
102 River Edge Rd. Ward 3A
Manhattan, NY 10035

B&C: 9902300038
Bellevue Hospital
462 1st Ave 19 West
New York, NY 10016

Dated: February 19, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge