USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/29/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. MURRAY,

                Plaintiff,

        -against-

CITY OF NEW YORK et al.,

                Defendants.

23-CV-00458 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On February 19, 2026, the Court ordered Plaintiff to pay the filing fee in this case by April 2, 2026. Dkt. No. 30. Plaintiff subsequently filed a notice of change of address. Dkt. No. 31. Because Plaintiff is *pro se* and because there is some doubt as to whether he received the Court's prior order, the Court *sua sponte* extends Plaintiff's deadline to pay the filing fee until **May 15, 2026**. Plaintiff is advised that if the fees are not paid by that time, this action may be dismissed without further notice to any party.

The Clerk of Court is respectfully directed to mail a copy of this Order, and a copy of Dkt. No. 30, to Plaintiff at the following address:

1500 Hazen Street
E. Elmhurst, NY 11370

Dated: April 29, 2026
      New York, New York

                    SO ORDERED.

                    MARGARET M. GARNETT
                    United States District Judge